454 A.2d 181

Ellerbe v. Johnson Products Co., Inc., et al.

Appeal of Johnson Products Co., Inc.

Argued June 2, 1982. Jonathan Wheeler, for appellant; Stephen E. Levin, for Ellerbe, appellees; David A. Soltz, for Leof, appellees.

Before HESTER, CIRILLO and JOHNSON, JJ.

The order dated July 1, 1981 is affirmed.